CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 18 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:97 CR00043-001 |
| | ) | |
| | ) | ORDER |
| | ) | |
| DARREL DAVID RICE | ) | JUDGE NORMAN K. MOON |

This matter comes before the Court upon the request of the U.S. Probation Office for the District of Maryland to disseminate information pertaining to the defendant's supervised release, to state and local law enforcement. Specifically, cooperating law enforcement agencies have requested the Probation Office to provide a copy of the defendant's weekly schedule. In addition, these law enforcement agencies would like a copy of the terms and conditions of the defendant's supervised release.

The Court ORDERS the U.S. Probation Office to provide a copy of this information to state and local law enforcement officials as necessary and requested. This information is specifically intended for law enforcement purposes only.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U. S. District Judge

9/18/07
Date